**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

MICHAEL EDWARD ALLEN,       )
                            )
              Plaintiff,    )
v.                          )        No. 1:07-cv-1006-DFH-DML
                            )
CAPTAIN LINDA MYERS, et al.,)
                            )
              Defendants.   )

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date:   October 30, 2008

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

DAVID F. HAMILTON, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

Michael Edward Allen
811 E. Elm Street
Ladoga, IN 47954

Ronald J. Semler
Stephenson Morow & Semler
rsemler@stephlaw.com